UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIQUAEL SAMIR RIACHI,<br><br>Defendant.<br>_____/ | Case: **2:25-cr-20917**<br>Assigned To : **Michelson, Laurie J.**<br>Referral Judge: **Stafford, Elizabeth A.**<br>Assign. Date : **12/16/2025**<br>Description: **SEALED MATTER (SS)**<br><br>Violation: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 931 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about February 19, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Miquael Samir Riachi, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, one .380 caliber Blazer shell casing, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### 18 U.S.C. § 931
*Violent Felon in Possession of Body Armor*

On or about October 8, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Miquael Samir Riachi, having been previously convicted of an offense under Michigan state law that would constitute a crime of violence as defined under 18 U.S.C. § 16 if it occurred within the special maritime and territorial jurisdiction of the United States, possessed body armor that was sold and offered for sale in interstate commerce, that is, one BulletSafe VP3 IIIA ballistic vest, in violation of Title 18, United States Code, Section 931.

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Miquael Samir Riachi shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offenses.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
UNITED STATES ATTORNEY

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes

*s/ Zachary A. Zurek*
ZACHARY A. ZUREK
ANDREW PICEK
ASSISTANT UNITED STATES ATTORNEYS

DATED: December 16, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover : | Case: 2:25-cr-20917<br>Assigned To : **Michelson, Laurie J.**<br>Referral Judge: **Stafford, Elizabeth A.**<br>Assign. Date : **12/16/2025**<br>Description: **SEALED MATTER (SS)** |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/Z.Z* |

**Case Title:** USA v. Miquael Samir Riachi

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

December 16, 2025
Date

Zachary Zurek
Andrew Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Zachary.Zurek@usdoj.gov
(313) 226-0285
Bar #: P80116

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.